ATTACHMENT 16

# William A. Carlin

**Attorney and Personal Advocate**
29325 Chagrin Boulevard, Suite 305
Pepper Pike, Ohio   44122
(216) 831-4935
Fax (216) 831-9526
800-417-4287

Writers e-mail: WCarlinEsq@aol.com

May 24, 2017

VIA FACSIMILE TRANSMITTAL 330-297-4589

The Honorable Becky L. Doherty
Portage County Court of Common Pleas
203 West Main Street
Ravenna, OH 44266

Re:   **Susan Lloyd vs. Joshua Thornsbery**
      **Case number:   2017CV00390**

Dear Judge Doherty:

The purpose of this letter is to inform you that after extensive investigation it has been found that the Nissan Versa that was rented by Mr. Hanna, Attorney for Joshua Thornsbery, was not the same car that was pictured in a photograph that was introduced into evidence by Susan Lloyd.   A Nissan dealer has definitively described the car appearing in the photograph as not being a Nissan Versa and is in all probability, a Chevy Malibu.

I had contacted my colleague, Mr. Hanna, about this and requested that he stipulate to those facts. Mr. Hanna declined the offer of stipulation.   Notwithstanding the declination, I felt that it would be appropriate to inform the Court of my findings so that the Court may give it whatever weight it pleases.

If you have any questions please for free to call me.

Sincerely,

William Carlin

William A. Carlin

WAC: jq
Encl.
Cc Attorney Hanna via email