ATTACHMANT 17

---- Common Pleas <commonpleascoc@gmail.com> wrote:
> I received this, Kathy
>
> -----Original Message-----
> From: susan lloyd [mailto:sue12175@twc.com]
> Sent: Monday, May 22, 2017 6:49 AM
> To: CommonPleasCOC@portageco com; sue12175@twc com
> Subject: Emailing Service Committee 03-14-16 Minutes (1).pdf
>
> Please share with Judge Doherty. I tried to tell her at my protection order hearing vs Joshua Thornsbery that in streetsboro you are allowed to have cameras which see part of your neighbors yard. I was forced to remove a fence camera against ohio law and now I have 2500.00 worth of damage to my fence. My fence is damaged by Joshua Thornsbery and his friends. They have caused thousands of dollars worth of damage my property along with threatening me and threatening to do further damage to my property. This is why I have cameras to begin with. Now Judge Doherty is saying my house cameras are illegal. When I first installed them, Joshua complained to his friend Jeff Allen from city council. By the way, Jeff Allen is one of the ones who defame my character on facebook calling me all types of names while he is being sued already by someone else for defamation. There was a streetsboro service meeting on March 14 2016 where my cameras were brought up and Joshua was told not only by police chief Powers but also Jeff Allen that my cameras are completely legal as long as they dont look into his bedroom window. That is when Joshua made up the horrible malicious lie that my cameras point i to his windows. Joshua and his friends have done nothing but cause me severe property damage and health issues. The court was put into place to protect victims such as myself from this abuse and so far portage county has failed. This is the law. My cameras including my fence camera are legal. There is nothing wrong with where they are located.
> Joshua just doesnt like them because he wants to have illegal activity on his property.
> So far, the court system has told him illegal activity is okay.
> Thats why him and his friends behaviors continues.
> Also, the red car in his driveway shown at court who continues to stalk me is not any type of nissan. Nissan believes it is a chevy malibu. I have a 6 minute conversation from nissan of streetsboro friday night. Another lie told to the court by joshua thornsbery and his attonrey mark hanna. There sole purpose is to degrade me and to maliciously injure me even more instead of taking responsibility for their actions. Also, i called chief reinholz on friday from fire dept. He told me no member of his fire company ever told joshua he can burn cardboard. Another lie joshua told under oath. I called the fire chief as he should know joshua is trying to drag the fire company through the mud again instead of taking responsibility for his actions.
> I am appaled that portage county court sees joshua thornsbery behavior as okay.
> It is awful to not only be abused but to be let down by those such as the court put in place to protect me.
> My other cases were valid.
> I received confidential settlements.
> This protection order case and my civil case are valid.
> I know the law and i do not do anything unless i know the law As far as i am concerned, my protection order case and my civil case need to be transferredout of portage county so i can get a fair trail because it is obvious that will never happen in portage county.
> Also my service dogs are trained to detect my low blood sugars and when i pass out. They have been my service dogs for over 7 years

> They were trained for about 6 months  in philadlephia after my stroke to help me
>
> For magistrate natale to tell my attorney that my service dogs are not allowed in her courtroom is also illegal.
> My service dogs are allowed to go anywhere i go