EXHIBIT 11

> Please call attorney hull at 216 408 0623 for any more answers. Hes my attorney.

AUG 23 AT 10:35 PM

I have no interest in speaking with him. I think it was **malpractice** for him to even enable such frivolous and **vexatious litigation** agains so many defendants. I can almost guarantee he will be sanctioned by the court. At least that's what I've heard from some pretty reliable sources. I have 22 attorneys and have spent hundreds of thousands on attorney fees in my life. I have the best of the best litigators: Bill Mason (Managing Partner of Bricker & Eckler - and former Cuyahoga County Prosecutor), Don Malarcik (top 100 trial attorneys in the nation), Brian Pierce (top 100 trial attorneys in the nation) Sabodh Chandra (former assistant US attorney), Errol Can (for assistant Portage County Prosecutor), Victor Heutche (former Youngstown City Council President) — None of these guys would have taken such a silly case and amended the lawsuit to include several dozen citizens who commented on Facebook.

C'mon Susan.... you're better than this.

You're not going to win this case, and I think you are at serious risk of losing a vexatious litigation and frivolous conduct counterclaim. But hey...... good luck. None of this is my problem

...... d you feel that people trespassing. And / clineplo... ...ar... 00 dollars worth of trees, threatening you and harra... me... and blowing cigarette smoke at you in childish ways ... ...tually causing damage to my heart and my lungs.  Becky ...cherty is prejudicial and biased and should not be allowed to ... judge.  Period.  She's a complete waste of time who others have had issues with.  If you like streetsboro so much maybe you... buy my house as its for sale because of all the abuse I have suffered since jan 2016

Chris M. McGlafferty accepted your request

You obviously know I'm a lot more knowledgeable about this case than most..... I'm not saying that you don't have reasons to be upset. I'm not saying you don't have a shitty neighbor..... maybe you do? I don't know. But what I do know, is that you amended your first lawsuit a year later to add a massive amount of people that did nothing but "comment" on Facebook, and because you didn't like it, or because it hurt your feelings, you decided to sue all these people? Do you not understand how silly and petty that is? The courts are laughing at this case........ the truth is they're not even really mad at you. They think you need emotional help. They blame your lawyer for enabling this jurisprudential insanity. No good lawyer would have ever taken this case, or amended it to include so many defendants.

Now I'm done being critical. You don't know me and I don't know you. I don't disrespect people that don't have it coming to them, and I get along with all my neighbors. Maybe you and I would be friends if we were neighbors?

...... ......ediation? Not for money..... but mediation to